# ORIGINAL
## United States District Court
### *Southern District of Georgia*
Brunswick Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 SEP 26 P 2: 20

CLERK _L. Flander_



EDDIE JACKSON

vs

MICHAEL DAVIS and
CITY OF BRUNSWICK

＊
＊
＊
＊
＊
＊
＊

CASE NUMBER    CV 206-189

---

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___26___ day of _____September_____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA